UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

STEVE JACKSON,

    Plaintiff,

Case No.: 5:22-cv-114-BJB

v.

C & B MARINE, LLC,

    Defendant.

_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant being subject to jurisdiction in this State. Federal Question jurisdiction (28 USC 1331) is founded under the Jones Act (46 USC 30104), for negligence with general maritime claims for unseaworthiness and, maintenance and cure also being alleged.

    2.    At all times material to issues herein, Plaintiff served as Defendant's employee/crewmember aboard the vessel M/V Atlantis, owned, operated, or otherwise controlled by Defendant.

    3.    On or about September 1, 2021 while ambulating on a dock after disembarking his vessel, an unexperienced operator of Defendant's vessel, the M/V Newport, allided with a docked vessel, the M/V PaPa Fred, breaking loose a face wire which struck Plaintiff causing injury because of the negligence of the M/V Newport's operator and the unseaworthy, unfitness of said operator.

    4.    Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

a. Pain and suffering, past future.

b. Mortification, humiliation, fright shock and embarrassment.

c. Loss of earnings and earning capacity.

d. Hospital, pharmaceutical and other cure expenses.

e. Aggravation of prior condition, if any there be.

f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

g. Mental anguish.

h. Found.

i. Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan
DENNIS M. O'BRYAN
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
248.258.6262, 248.258.6047 - fax
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

STEVE JACKSON,

    Plaintiff,

Case No.:   5:22-cv-114-BJB

v.

C & B MARINE, LLC,

    Defendant.

_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

    O'BRYAN BAUN KARAMANIAN

    /s/ Dennis M. O'Bryan
    DENNIS M. O'BRYAN (P30545)
    Attorneys for Plaintiff
    40l S. Old Woodward, Suite 463
    Birmingham, MI   48009
    248.258.6262, 248.258-6047
    dob@obryanlaw.net